UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Oluwatobi Ajibabi,

                Defendant.



18-mj-6610 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial conference in this case scheduled for December 11, 2019 at 2:00 p.m. will take place in Courtroom 11B at the Daniel Patrick Moynihan Courthouse located at 500 Pearl Street rather than Courtroom 906 at 40 Foley Square.

    SO ORDERED.

Dated: December 10, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge